# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM S32803** |
| *Appellant* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Dalis F. SANCHEZ** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | **Panel 2** |
| *Appellee* | ) | |

On 20 March 2025, Appellant submitted a motion to withdraw from appellate review and motion to attach. Specifically, Appellant moved to attach a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 17 March 2025 and Appellant's counsel on 19 March 2025.

The Government did not submit any opposition.

Accordingly, it is by the court on this 25th day of March, 2025,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach are **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

OLGA STANFORD, Capt, USAF
Chief Commissioner